995 A.2d 1183

Freddie M. MOULTRIE, Appellant

v.

Thomas J. ROWLANDS, Records Supervisor, S.C.I. Graterford, David Diguglielmo, Superintendent, S.C.I. Graterford, and Jeffrey Beard, Secretary, Pennsylvania Department Of Corrections, Appellees.

Supreme Court of Pennsylvania.

June 21, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of June, 2010, the Order of the Commonwealth Court is hereby **AFFIRMED.**